Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−24600−RG
          Chapter: 7
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marybeth Lombardino
  aka Marybeth Forte Lombardino
  24 David Drive
  Whippany, NJ 07981

Social Security No.:
  xxx−xx−0364

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/16/18 at 11:30 AM

to consider and act upon the following:

*13* − Application For Retention of Professional Forman Holt as Attorneys Filed by Erin Kennedy on behalf of Charles M. Forman. Objection deadline is 9/14/2018. (Attachments: # 1 Certification of Erin J. Kennedy in Support # 2 Proposed Order # 3 Certificate of Service) (Kennedy, Erin)


Dated: 10/3/18

          Jeanne Naughton
          Clerk, U.S. Bankruptcy Court