Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−24600−RG
                              Chapter: 7
                              Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marybeth Lombardino
   aka Marybeth Forte Lombardino
   24 David Drive
   Whippany, NJ 07981

Social Security No.:
   xxx−xx−0364

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/16/18 at 11:30 AM

to consider and act upon the following:

*13* − Application For Retention of Professional Forman Holt as Attorneys Filed by Erin Kennedy on behalf of Charles M. Forman. Objection deadline is 9/14/2018. (Attachments: # 1 Certification of Erin J. Kennedy in Support # 2 Proposed Order # 3 Certificate of Service) (Kennedy, Erin)

Dated: 10/3/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-24600-RG
Marybeth Lombardino                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 03, 2018
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
db           +Marybeth Lombardino,    24 David Drive,    Whippany, NJ 07981-1367
cr           +E&L Battery & Ignition Co.,    Wells Jaworski & Liebman, LLP,    12 Route 17 North,
               P.O. Box 1827,    Paramus, NJ 07653-1827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
          Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
          Darrell M. Felsenstein    on behalf of Creditor    E&L Battery & Ignition Co.
           dfelsenstein@wellslaw.com
          Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
           jkisla@formanlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWMBS 2007-8) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Philip William Allogramento    on behalf of Creditor    General Parts Distribution LLC
           pallogramento@connellfoley.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vincent Commisa    on behalf of Debtor Marybeth Lombardino vcommisa@vdclaw.com
                                                                                             TOTAL: 7