| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy<br>ekennedy@formanlaw.com |
|---|
| In Re:<br><br>MARYBETH LOMBARDINO,<br><br>                           Debtor. |

**Order Filed on October 19, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter: 7

Case No.: 18-24600

Judge: Rosemary Gambardella

## CONSENT ORDER EXTENDING THE
## TIME TO OBJECT TO DEBTOR'S DISCHARGE

    The relief set forth on the following page, numbered two (2) be and hereby is ORDERED.

**DATED: October 19, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

F0033085 - 1

Case 18-24600-RG    Doc 25    Filed 10/19/18    Entered 10/23/18 08:04:48    Desc Main
Document    Page 2 of 2

Page 2
Debtors:   Marybeth Lombardino
Case No.:  18-24600 (RG)
Caption:   Consent Order Extending Time to Object to Debtor's Discharge

THIS MATTER, having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Marybeth Lombardino (the "Debtor"), through his proposed attorneys, Forman Holt, for the entry of a consent order extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

ORDERED that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including January 20, 2019, without prejudice to further extension.

The undersigned consent to the
form and entry of this Order.

VINCENT COMMISA
Attorneys for Debtor

By: /s/ _____
    Vincent Commisa

Dated: October 9, 2018

FORMAN HOLT
Proposed Attorneys for Trustee

By: /s/ Erin J. Kennedy
    Erin J. Kennedy

Dated: October 10, 2018

F0033085 - 1