```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Erin J. Kennedy
ekennedy@formanlaw.com
```

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARYBETH LOMBARDINO,

             Debtor.

Chapter: 7

Case No.: 18-24600

Judge: Rosemary Gambardella

## CONSENT ORDER EXTENDING THE TIME TO OBJECT TO DEBTOR'S DISCHARGE

    The relief set forth on the following page, numbered two (2) be and hereby is **ORDERED**.

**DATED: October 19, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

FC033085 - 1

Page 2
Debtors: Marybeth Lombardino
Case No.: 18-24600 (RG)
Caption: Consent Order Extending Time to Object to Debtor's Discharge

THIS MATTER, having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Marybeth Lombardino (the "Debtor"), through his proposed attorneys, Forman Holt, for the entry of a consent order extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

ORDERED that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including January 20, 2019, without prejudice to further extension.

The undersigned consent to the
form and entry of this Order.

VINCENT COMMISA
Attorneys for Debtor

By: /s/ _____
Vincent Commisa

Dated: October 9, 2018

FORMAN HOLT
Proposed Attorneys for Trustee

By: /s/ Erin J. Kennedy
Erin J. Kennedy

Dated: October 10, 2018

F0033085 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Marybeth Lombardino  
    Debtor

Case No. 18-24600-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 23, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.  
db          +Marybeth Lombardino,    24 David Drive,    Whippany, NJ 07981-1367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:  
        Charles M. Forman   cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com  
        Darrell M. Felsenstein   on behalf of Creditor   E&L Battery & Ignition Co.  
         dfelsenstein@wellslaw.com  
        Erin   Kennedy   on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,  
         jkisla@formanlaw.com  
        Kevin Gordon McDonald   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW  
         YORK, AS TRUSTEE (CWMBS 2007-8) kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Philip William Allogramento   on behalf of Creditor   General Parts Distribution LLC  
         pallogramento@connellfoley.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        Vincent   Commisa   on behalf of Debtor Marybeth  Lombardino vcommisa@vdclaw.com  
                                                                                                                                                           TOTAL: 7