Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−24600−RG
                              Chapter:  7
                              Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marybeth Lombardino
   aka Marybeth Forte Lombardino
   24 David Drive
   Whippany, NJ 07981

Social Security No.:
   xxx−xx−0364

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 29, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 13
Order Granting Application to Employ Forman Holt as Attorney For Trustee (Related Doc # 13). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/29/2018. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 29, 2018
JAN: car

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 18-24600-RG
Marybeth Lombardino                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin             Page 1 of 1        Date Rcvd: Oct 29, 2018
                        Form ID: orderntc       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.
db           +Marybeth Lombardino,    24 David Drive,    Whippany, NJ 07981-1367
cr           +E&L Battery & Ignition Co.,    Wells Jaworski & Liebman, LLP,    12 Route 17 North,
               P.O. Box 1827,    Paramus, NJ 07653-1827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:
      Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
      Darrell M. Felsenstein    on behalf of Creditor    E&L Battery & Ignition Co.
       dfelsenstein@wellslaw.com
      Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
       jkisla@formanlaw.com
      Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
       YORK, AS TRUSTEE (CWMBS 2007-8) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Philip William Allogramento    on behalf of Creditor    General Parts Distribution LLC
       pallogramento@connellfoley.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Vincent Commisa    on behalf of Debtor Marybeth Lombardino vcommisa@vdclaw.com
                                                                                                                            TOTAL: 7