FILED
JEANNE A. NAUGHTON, CLERK

OCT 29 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
|---|---|
| In Re:<br><br>MARYBETH LOMBARDINO,<br><br>                                Debtor. | Chapter: 7<br><br>Case No.: 18-24600 (~~VFP~~) RG<br><br>Judge: ~~Vincent F. Papalia~~ RG |

| Recommended Local Form: | ☒ Followed    ☐ Modified |
|---|---|

### ORDER AUTHORIZING RETENTION OF
### FORMAN HOLT AS ATTORNEYS FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

10-29-18                    _____
                                        USBJ

F0031011 - 1

Page 2
Debtor:     Marybeth Lombardino
Case No.    18-24700(VFP)
Caption:    Order Authorizing Retention of Forman Holt as Attorneys for Trustee

---

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys for Trustee, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is:  66 Route 17 North, First Floor
Paramus, New Jersey 07652

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the application was filed with the Court.

F0031011 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Marybeth Lombardino  
    Debtor

Case No. 18-24600-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 29, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.  
db         +Marybeth Lombardino,    24 David Drive,    Whippany, NJ 07981-1367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:  
       Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com  
       Darrell M. Felsenstein    on behalf of Creditor    E&L Battery & Ignition Co.    dfelsenstein@wellslaw.com  
       Erin  Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,    jkisla@formanlaw.com  
       Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2007-8) kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Philip William Allogramento    on behalf of Creditor    General Parts Distribution LLC    pallogramento@connellfoley.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       Vincent  Commisa    on behalf of Debtor Marybeth  Lombardino vcommisa@vdclaw.com  
                                                      TOTAL: 7