UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Marybeth Lombardino,

Debtor

Case No.:    18-24600 (RG)

Chapter    7

Judge: Honorable Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on February 19, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3E, 50 Walnut Street, Newark, New Jersey. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
The Trustee proposes to abandon the estate's potential claims against the Judith Forte Family Trust to recover the transfer of real property located at 1012 Pheasant Run Drive, No. 8, Fort Pierce, Florida 34982 and 1401 Brook Hollow Drive, Hanover, New Jersey. The transfers were made by the debtor and Judith Forte on or about June 7, 2017. The Trustee proposes to abandon any claims related to the transfer of these properties because the properties were acquired and maintained with funds that did not belong to the debtor and the Trustee has determined that the debtor held title to the properties for the constructive benefit of Judith Forte.

Liens on property:
Unknown

Amount of equity claimed as exempt:
None

Objections must be served on, and requests for additional information directed to:

/s/ Erin J. Kennedy
Erin J. Kennedy
Forman Holt, 66 Route 17 North, Paramus, New Jersey 07652
Tel: 201.845.1000 Email: ekennedy@formanlaw.com

F0041522 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24600-RG
Marybeth Lombardino                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Jan 29, 2019
                              Form ID: pdf905            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
db          +Marybeth Lombardino,    24 David Drive,    Whippany, NJ 07981-1367
cr          +E&L Battery & Ignition Co.,    Wells Jaworski & Liebman, LLP,    12 Route 17 North,
              P.O. Box 1827,    Paramus, NJ 07653-1827
517657303   +30 Ridgedale, LLC,    c/o Rosemary Stone-Dougherty, Esq.,    54 Main Street,
              Chatham, NJ 07928-2416
517657304   +Alliance/Walgreen,    2354 Commerce Park,    Suite 100,    Orlando, FL 32819-8601
517798033   +AllianceRx Walgreens Prime,    2354 Commerce Park Dr.,    STE: 100,    Orlando, FL 32819-8601
517657305   +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517657306   +Bayview Loan Services,    PO Box 650091,    Dallas, TX 75265-0091
517657309   +Chase,    PO Box 1423,    Charlotte, NC 28201-1423
517657308   +Chase,    PO Box 24785,    Columbus, OH 43224-0785
517657310   +Chase Sapphire,    PO Box 1423,    Charlotte, NC 28201-1423
517657311   +Citi Card,    PO Box 70166,    Philadelphia, PA 19176-0166
517657979   +Douglas M. deRonde, Sr.,    22 Wildwood Avenue,    East Hanover, NJ 07936-1573
517657313   +E & L Battery and Ignition Company, Inc.,    c/o Wells, Jaworski & Liebman, LLP,    PO Box 1827,
              Paramus, NJ 07653-1827
517657314   +Frank Forte,    1412 NE Oak Lane Drive,    Jensen Beach, FL 34957-5609
517657315    General Parts Distribution LLC,    c/o Christopher Strianese, Esq.,    401 NoTryon St,
              Charlotte, NC 28202
517657316   +Hackettstown Anesthesia,    Efficiency Recovery Services,    PO Box 522,
              Brookside, NJ 07926-0522
517798030   +Hirsch & Radakonda MD, PA,    3625 Quakerbridge Rd,    Hamilton, NJ 08619-1268
517657317   +Judith Forte,    1401 Brook Hollow Drive,    Whippany, NJ 07981-2510
517798031   +Morristown EMA,    PO Box 417442,    Boston, MA 02241-7442
517657318   +Parts Authority, LLC f/k/a Parts Authori,    c/o Snellings Law LLC,    2001 Route 46,
              Parsippany, NJ 07054-1385
517657319   +Reliable Fast Cash,    262A Albany Avenue,    Brooklyn, NY 11213
517798029   +Ridgedale Surgery Center,    14 Ridgedale Ave Suite #120,    Cedar Knolls, NJ 07927-1195
517657320   +Valerie Creo,    95 N. Belair Drive,    Cedar Knolls, NJ 07927-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 23:21:32     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 23:21:30     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517657307   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2019 23:24:05     Capital One,
              PO Box 6492,    Carol Stream, IL 60197-6492
517657312   +E-mail/Text: mrdiscen@discover.com Jan 29 2019 23:20:24     Discover,    PO Box 71084,
              Charlotte, NC 28272-1084
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517798032*     Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Darrell M. Felsenstein    on behalf of Creditor   E&L Battery & Ignition Co.
               dfelsenstein@wellslaw.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jan 29, 2019
                              Form ID: pdf905          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com, jkisla@formanlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2007-8) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Philip William Allogramento    on behalf of Creditor    General Parts Distribution LLC pallogramento@connellfoley.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Vincent Commisa    on behalf of Debtor Marybeth Lombardino vcommisa@vdclaw.com
        TOTAL: 7