UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Marybeth Lombardino

Case No.:  18-24600 (RG)

Chapter:  7

Judge:    Rosemary Gambardella

---

### NOTICE OF PROPOSED ABANDONMENT

---

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
| :---: |
| James J. Waldron |
| United States Bankruptcy Court |
| MLK Jr. Federal Building |
| 50 Walnut Street |
| Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on April 9, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 24 David Drive, Whippany, NJ, having a fair market value of $920,000.00.

Liens on property:

Bayview Loan Services
$609,000.00
Chase
$208,000.00

Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-24600-RG
Marybeth Lombardino                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin            Page 1 of 2       Date Rcvd: Mar 05, 2019
                               Form ID: pdf905        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db            +Marybeth Lombardino,   24 David Drive,   Whippany, NJ 07981-1367
cr            +E&L Battery & Ignition Co.,   Wells Jaworski & Liebman, LLP,   12 Route 17 North,
               P.O. Box 1827,   Paramus, NJ 07653-1827
517657303     +30 Ridgedale, LLC,   c/o Rosemary Stone-Dougherty, Esq.,   54 Main Street,
               Chatham, NJ 07928-2416
517657304     +Alliance/Walgreen,   2354 Commerce Park,   Suite 100,   Orlando, FL 32819-8601
517798033     +AllianceRx Walgreens Prime,   2354 Commerce Park Dr.,   STE: 100,   Orlando, FL 32819-8601
517657305     +Atlantic Medical Group,   PO Box 419101,   Boston, MA 02241-9101
517657306     +Bayview Loan Services,   PO Box 650091,   Dallas, TX 75265-0091
517657309     +Chase,   PO Box 1423,   Charlotte, NC 28201-1423
517657308     +Chase,   PO Box 24785,   Columbus, OH 43224-0785
517657310     +Chase Sapphire,   PO Box 1423,   Charlotte, NC 28201-1423
517657311     +Citi Card,   PO Box 70166,   Philadelphia, PA 19176-0166
517657979     +Douglas M. deRonde, Sr.,   22 Wildwood Avenue,   East Hanover, NJ 07936-1573
517657313     +E & L Battery and Ignition Company, Inc.,   c/o Wells, Jaworski & Liebman, LLP,   PO Box 1827,
               Paramus, NJ 07653-1827
517657314     +Frank Forte,   1412 NE Oak Lane Drive,   Jensen Beach, FL 34957-5609
517657315      General Parts Distribution LLC,   c/o Christopher Strianese, Esq.,   401 NoTryon St,
               Charlotte, NC 28202
517657316     +Hackettstown Anesthesia,   Efficiency Recovery Services,   PO Box 522,
               Brookside, NJ 07926-0522
517798030     +Hirsch & Radakonda MD, PA,   3625 Quakerbridge Rd,   Hamilton, NJ 08619-1268
517657317     +Judith Forte,   1401 Brook Hollow Drive,   Whippany, NJ 07981-2510
517798031     +Morristown EMA,   PO Box 417442,   Boston, MA 02241-7442
517657318     +Parts Authority, LLC f/k/a Parts Authori,   c/o Snellings Law LLC,   2001 Route 46,
               Parsippany, NJ 07054-1385
517657319     +Reliable Fast Cash,   262A Albany Avenue,   Brooklyn, NY 11213
517798029     +Ridgedale Surgery Center,   14 Ridgedale Ave Suite #120,   Cedar Knolls, NJ 07927-1195
517657320     +Valerie Creo,   95 N. Belair Drive,   Cedar Knolls, NJ 07927-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 00:11:34    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 00:11:30    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517657307     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 00:19:53    Capital One,
               PO Box 6492,   Carol Stream, IL 60197-6492
517657312     +E-mail/Text: mrdiscen@discover.com Mar 06 2019 00:10:28    Discover,   PO Box 71084,
               Charlotte, NC 28272-1084
                                                                              TOTAL: 4

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517798032*     Atlantic Medical Group,   PO Box 419101,   Boston, MA 02241-9101
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Charles M. Forman   cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman   on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
              lcapasso@formanlaw.com;cforman@iq7technology.com

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Mar 05, 2019
                               Form ID: pdf905          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Darrell M. Felsenstein    on behalf of Creditor    E&L Battery & Ignition Co.
               dfelsenstein@wellslaw.com
              Erin  Kennedy   on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWMBS 2007-8) kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Philip William Allogramento    on behalf of Creditor    General Parts Distribution LLC
               pallogramento@connellfoley.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent  Commisa   on behalf of Debtor Marybeth  Lombardino vcommisa@vdclaw.com
                                                                                    TOTAL: 8